IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN RICHARD LOWRY,
    Petitioner,

vs.                                             Case No. 3:12cv525/LAC/CJK

MICHAEL D. CREWS,
    Respondent.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 12, 2013. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's "Motion to Withdraw Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254" (doc. 11), construed as a motion for voluntary dismissal, is GRANTED.

3.	The petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE except as to application of the federal statute of limitations or other procedural bar.

4.	The clerk is directed to close the file.

DONE AND ORDERED this 15th day of March, 2013.


                    s/*L.A. Collier*
                    LACEY A. COLLIER
                    SENIOR UNITED STATES DISTRICT JUDGE